IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| J&J Sports Productions, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 4:10-cv-3113-TLW-SVH |
| ) | |
| Brazilian Paradise, LLC d/b/a Little ) | |
| Brazil and Pepa R. Jeleva, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

# ORDER

On December 7, 2010, the plaintiff, J&J Sports Productions, Inc. ("plaintiff"), filed this civil action. (Doc. #1). After the defendants, Brazilian Paradise, LLC d/b/a Little Brazil and Pepa R. Jeleva ("defendants"), failed to answer or otherwise file a responsive pleading and pursuant to the plaintiff's request, the Clerk of Court entered default against the defendants. (Docs. 6, 7). The plaintiff then moved for a default judgment against the defendants. (Doc. # 8). Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), the default judgment motion was referred to United States Magistrate Judge Shiva V. Hodges for a hearing and a Report and Recommendation. (Doc. # 9).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this motion had previously been assigned. (Doc. # 15). On February 25, 2011, the Magistrate Judge issued the Report. On March 14, 2011, the Magistrate Judge issued an Order amending the Report in order to correct a clerical error in the Report. (Doc. # 16). In both the original Report and the amended Report, the Magistrate Judge recommends that the motion for default judgment be granted. (Docs. 15, 16). None of the parties

1

filed objections to the report. Objections to the amended Report were due March 29, 2011. Notably, the defendants have not objected to the relief recommended by the Magistrate Judge in the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Docs. 15, 16). For the reasons articulated by the Magistrate Judge, default judgment is entered against the defendants for willful violation of 47 U.S.C. § 605. As a result of the violation, the plaintiff is awarded judgment against the defendants in the amount of $22,688.66. This amount includes $20,000 in statutory and enhanced damages pursuant to 47 U.S.C. § 605(e)(3)(C) in addition to $478.66 in costs and $2,210.00 in attorneys' fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii). The defendants will be jointly and severally liable for these damages.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
    United States District Judge

April 27, 2011
Florence, South Carolina

2